UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>  Plaintiff,<br><br> vs.<br><br>MICHAEL R. ABLAZA, an individual; and JANE DOE, the Administrator of the Estate of Maribeth Garces Ablaza,<br><br>  Defendants. | ) Case No. 5:20-cv-06519-BLF<br>)<br>) **ORDER GRANTING MOTION FOR**<br>) **LEAVE TO FILE FIRST AMENDED**<br>) **INTERPLEADER COMPLAINT**<br>)<br>) **[Re: ECF 57]**<br>)<br>)<br>)<br>)<br>)<br>) |

The Court has reviewed State Farm Life Insurance Company's ("State Farm") motion for leave to file a First Amended Complaint or, alternatively, to substitute "Jaime Garces, the Administrator of the Estate of Maribeth Garces Ablaza" and good cause appearing therefore, rules as follows:

The hearing noticed for April 18, 2024 is VACATED. *See* Civ. L.R. 7-1(b).

The Court finds that the requested amendment is warranted under Federal Rule of Civil Procedure 15(a)(2).

State Farm may file a First Amended Complaint in the form attached as Exhibit B to the declaration of John Walker accompanying the motion within seven days of the date of this order.

IT IS SO ORDERED.

DATED: November 7, 2023

_____
Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE