1  John E. Walker, SBN: 166270
2  E-Mail: jwalker@sacrowalker.com
   SACRO & WALKER LLP
3  700 North Brand Boulevard, Suite 610
4  Glendale, California 91203
   Tel.: (818) 721-9597; Fax: (818) 721-9670
5
   Attorneys for Plaintiff STATE FARM LIFE INSURANCE COMPANY
6

7              **UNITED STATES DISTRICT COURT**
8             **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| STATE FARM LIFE **INSURANCE** COMPANY, an Illinois corporation, | ) Case No. 5:20-cv-06519-BLF ) |
| Plaintiff, | ) **[PROPOSED]** JUDGMENT ) ) |
| vs. | ) ) |
| MICHAEL R. ABLAZA, an individual; and JAIME GARCES, the Administrator of the Estate of Maribeth Garces Ablaza, | ) ) ) ) |
| Defendants. | ) ) ) ) |

Plaintiff State Farm Life Insurance Company ("State Farm") and defendant Jaime Garces, Administrator of the Estate of Maribeth Garces Ablaza, through their counsel, have stipulated to entry of judgment. Having reviewed the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED as follows:

A. On March 7, 2023, Judgment was entered against defendant Michael Ablaza in this action following a felony conviction against him for causing the death of Maribeth Garces Ablaza (the "Insured"). The conviction disqualified Michael Ablaza from entitlement to any of the insurance proceeds at issue in this interpleader matter.

B. The life insurance proceeds State Farm deposited into the Court registry shall be distributed forthwith by the Clerk as follows: (1) $12,000.00 shall be paid to State Farm Life Insurance Company as partial reimbursement for its reasonable attorney's fees and costs incurred in bringing this interpleader action; and (2) the remaining balance on deposit with the Court (after deducting the $12,000.00 payment to State Farm) shall be paid to Jaime Garces, Administrator of the Estate of Maribeth Garces Ablaza.

C. Defendants Michael R. Ablaza and Jaime Garces, the Administrator of the Estate of Maribeth Garces Ablaza are enjoined by the Court from instituting or prosecuting any proceeding, including without limitation in any State or United States district court, with respect to State Farm policy number LF-3554-3706 (the "Policy") insuring the life of Maribeth Garces Ablaza or the life insurance proceeds deposited with the Court in this action.

D. State Farm is discharged from any further liability relating to the Policy or payment of the death benefit attributable to the Policy, including interest due thereon or otherwise. All claims that could have been raised against State Farm relating to the Policy, payment of the Policy death benefit, interest on the Policy death

benefit or otherwise in connection with the Policy, including without limitation any unknown or unsuspected claims, are hereby dismissed with prejudice.

  E. Except as provided in this Judgment, the parties are to bear their own attorney's fees and costs.

  F. This is a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

Dated: December 29, 2023

_____
BETH LABSON FREEMAN
United States District Judge